DECISIONS PER CURIAM FROM MAY 1, 1917, TO JUNE 11, 1917, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. 897: H. N. JOHNSON ET AL., APPELLANTS, *v.* WILLIAM G. McADOO, SECRETARY OF THE UNITED STATES TREASURY DEPARTMENT. Appeal from the Court of Appeals of the District of Columbia. Motion to affirm submitted April 30, 1917. Decided May 7, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *Belknap* v. *Schild,* 161 U. S. 10; *Postal Supply Co.* v. *Bruce,* 194 U. S. 601; *Goldberg* v. *Daniels,* 231 U. S. 218; *Louisiana* v. *McAdoo,* 234 U. S. 627. *Mr. Cornelius J. Jones* for appellants. *The Solicitor General* for appellee.

No. 860. JOSEPH FRIEDMAN, PLAINTIFF IN ERROR, *v.* UNITED STATES. In error to the United States Circuit Court of Appeals for the First Circuit. Motion to dismiss submitted April 30, 1917. Decided May 7, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *MacFadden* v. *United States,* 213 U. S. 288. *Mr. William H. Taylor* for plaintiff in error. *The Solicitor General* for the United States.